IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON     PLAINTIFF

v.     Civil No. 5:21cv5219

DR. ROBERTO SAEZ; TURN KEY HEALTHCARE
CLINICS, LLC; JOHN OR JANE DOE
ADMINISTRATOR, Benton County Detention
Center; ANGELA SHAKIR; STATE OF ARKANSAS; and
ARKANSAS DIVISION OF CORRECTION     DEFENDANTS

## ORDER

Joshua D. Wilson, currently an inmate of the Benton County Detention Center, has submitted for filing in this district a *pro se* civil rights action under 42 U.S.C. § 1983. I find the complaint should be provisionally filed prior to a determination regarding Plaintiff's status as a pauper and service of process. The United States District Clerk is directed to file the complaint and *in forma pauperis* application.

It appears the Plaintiff is ineligible for *in forma pauperis* (IFP) status and must therefore pay the full $402 filing fee. 28 U.S.C § 1915(g) is known as the three strikes rule and provides as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

The Court has identified the following cases that appear to be strikes:

(1). *Wilson v. Green, et al.,* Civil No. 5:20-cv-05139 (case dismissed pursuant to 28 U.S.C § 1915A(b)—dismissal determined to constitute a strike)(W.D. Ark. Sept. 25, 2020);

(2). *Wilson v. McLarty Daniel Dealership, Service Dep't, et al.,* Civil No. 5:20-cv-05142 (case dismissed pursuant to 28 U.S.C § 1915A(b)—dismissal determined to constitute a strike)(W.D. Ark. Jan. 13, 2021); and

(3). *Wilson v. Martin, et al.,* Civil No. 5:20-cv-05144 (case dismissed pursuant to 28 U.S.C §

1915A(b) for failure to state plausible claims—dismissal constituted a strike)(W.D. Ark. Sept. 23, 2020).

Plaintiff is given until **December 23, 2021, to advise the Court:   (1) why he does not believe one or more of the cases listed above constitutes a strike within the meaning of 28 U.S.C. § 1915(g); or (2) why he does not believe the three strikes rule applies to this case.   Plaintiff is advised that failure to comply with this Order shall result in the dismissal of this case.**

Finally, Plaintiff is advised that he is required to immediately inform the Court of any change of address. **If Plaintiff is transferred to another jail or prison or released, he shall have 30 days from the date of transfer or release in which to notify the Court of his new address.** Plaintiff shall submit a change of address on a separate piece of paper entitled "Notice to the Court of Change of Address" and not include any motions or otherwise request relief in this document. The notice shall contain only information pertaining to the address change. **Failure to inform the Court of an address change shall result in the dismissal of this case.**

IT IS SO ORDERED this 3rd day of December 2021.

*/s/ Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE