# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JOSHUA DAVID WILSON**                                                                 **PLAINTIFF**

v.                              Case No. 5:21-CV-5219

**DR. ROBERTO SAEZ;**
**TURN KEY HEALTHCARE CLINICS, LLC;**
**JOHN OR JANE DOE ADMINISTRATOR,**
Benton County Detention Center;
**ANGELA SHAKIR; STATE OF ARKANSAS; and**
**ARKANSAS DIVISION OF CORRECTION**                                                     **DEFENDANTS**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 6) filed in this case on December 29, 2021, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. The objection period has passed with no objections being filed by any party.

The Court, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Motion to Proceed IFP (Doc. 2) is **DENIED**, and this case is **DISMISSED WITHOUT PREJUDICE** pursuant to the three strikes provision of 28 U.S.C. § 1915(g). Plaintiff is granted 30 days to file a motion to reopen upon payment of the full filing fee of $402.

**IT IS SO ORDERED** this 19th day of January, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE