IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOSHUA DAVID WILSON                                                                                       PLAINTIFF

v.                              Civil No. 5:21-cv-05219-TLB-MEF

DR. ROBERTO SAEZ; and
TURN KEY HEALTHCARE CLINICS, LLC                                                           DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This is a civil rights action filed by the Plaintiff, Joshua D. Wilson ("Wilson"), pursuant to 42 U.S.C. § 1983.   Wilson proceeds *pro se* and *in forma pauperis.*   Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3), the Honorable Timothy L. Brooks, United States District Judge, referred this case to the undersigned for the purpose of making a Report and Recommendation.

The case is before the Court on Defendants' Second Motion to Dismiss (ECF No. 20) for failure to prosecute.

### I.        DISCUSSION

When he filed this case, Wilson was specifically advised that he was required to immediately inform the Court of any change of address.   (ECF No. 3).   If Wilson was transferred or released, he was told he must advise the Court of any change in his address no later than thirty (30) days from the time of his transfer to another facility or his release.   Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

On July 1, 2022, Defendants filed their first Motion to Dismiss (ECF No. 18).   In that Motion, they maintained Wilson failed to provide the Court with an address after he was

1

transferred out of the Benton County Detention Center. As the docket indicated Wilson had provided a change of address to the Ouachita River Correctional Unit ("ORCU") of the Arkansas Division of Correction, the Motion was found to be moot.

On July 7, 2022, Defendants filed their second Motion to Dismiss (ECF No. 20). When they did not receive Wilson's responses to their initial discovery requests, on June 22, 2022, Defendants sent a "meet and confer" letter to Wilson along with another copy of the discovery requests. The letter and accompanying documents were returned as undeliverable along with a notation that Wilson was no longer at the ORCU.

The Court entered an Order (ECF No. 21) on July 7, 2022, directing Wilson to respond to the Motion to Dismiss by July 29, 2022. While the letter has not been returned as undeliverable, Wilson has not filed a response. He was advised that failure to respond would result in the dismissal of the case. The Order was not returned as undeliverable.

As Defendants accurately note, Wilson was the Plaintiff in *Wilson v. Turn Key Health Clinics, LLC., et al.,* Civil No. 5:21-cv-05115. Wilson's address listed on the docket sheet was also the ORCU. The case was dismissed on July 19, 2022, based on Wilson's failure to keep the Court apprised of his current address. The Court notes that returned mail was received beginning May 27, 2022, from the ORCU with notations that Wilson was no longer at the unit.

## II.   CONCLUSION

For these reasons, it is recommended that **Defendants' Motion to Dismiss (ECF No. 20) be GRANTED and this case be DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 8th day of August 2022.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE